Bruce K. Medeiros (Admitted *Pro Hac Vice*)
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
Phone: (509) 624-4600
Facsimile: (509) 623-1660
Email: bmedeiros@dbm-law.net

Attorney for Global Credit Union

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re… | Case No. **10-20987-TLM** |
|---|---|
| **LEGACY HOUSE POST FALLS, LLC,** | Chapter **11** |
| Debtor. | **AGREED MOTION FOR ORDER DIRECTING DENISE SIMMONS TO APPEAR FOR EXAMINATION PURSUANT TO RULE 2004** |

To:      The Clerk of the Bankruptcy Court;
And To:  Ms. Denise Simmons, Billing Clerk for Debtor;
And To:  Mr. Stephen B. McCrea, attorney for Debtor;

**MOTION**

Global Credit Union ("Global"), by and through its counsel Davidson Backman Medeiros PLLC, and the Debtor, by and through its counsel Stephen B. McCrea, hereby move the Court for an order directing the examination of Denise Simmons ("Simmons"), pursuant to Bankruptcy Rule 2004, to be held at 9:00 a.m. at 608 Northwest Blvd, Suite 101, Coeur d' Alene, Idaho on January 10, 2010, there to be examined, relating to the operations of the Debtor. Global is also requesting that at the time of the examination, Simmons produce copies of all correspondence Legacy House Post Falls, LLC d/b/a Legacy House

Page 1
Notice and Motion for 2004 Exam of Denise Simmons
Global\Idaho\Legacy House.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Assisted Living or any related entity or individual received from and sent to the Idaho Department of Health and Welfare in 2010 and all records and documents of the Debtor as to the collection of rents and other payments for services rendered by the Debtor to its residents that were paid to the Debtor from any source from January 1, 2010 up to the date of the examination, including, but not limited to amounts paid by the State of Idaho for Room, Board and Utilities and the Daily Rate.  Counsel for Global has coordinated the date, time and location of the examination with counsel for the Debtor with respect to the examination of Simmons as an employee of the Debtor.  Global requests that its counsel be authorized to issue a subpoena to compel the attendance of Simmons at the examination and the production of documents, as provided for herein if necessary.  This motion is made pursuant to F.R.C.P. 45, F.R.B.P. 2004 and 9016, and LBR 2004(a) and 2004.1(b)(3).

DATED this 28th day of December 2010.

DAVIDSON BACKMAN MEDEIROS PLLC

  /s/ *Bruce K. Medeiros*
Bruce K. Medeiros, WSBA No. 16380
Attorney for Global Credit Union


  /s/ *Stephen B. McCrea*
Stephen B. McCrea
Attorney for Debtor

Page 2
Notice and Motion for 2004 Exam of Denise Simmons
Global\Idaho\Legacy House.sa

DAVIDSON  BACKMAN  MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600