UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re . . . | Case No. 10-20987-TLM |
|---|---|
| LEGACY HOUSE POST FALLS, LLC | Chapter 11 |
| Debtor. | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND AUTHORIZING COMPROMISE OF CLAIMS

      This matter came before the Court on the joint motion by Claimants, Marty Frantz, Tyson Frantz, and Guardian Angel Homes Post Falls I, L.L.C. ("Claimants") and Debtor, Legacy House Post Falls, LLC ("Debtor"), pursuant to Fed. R. Bankr. P. 9019, requesting the Court to approve the Settlement Agreement entered into between and among the Parties and to authorize compromise of claims regarding the Proof of Claim filed by Claimants (Claim No. 5) on August 18, 2010; and a copy of the Settlement Agreement having been attached to the Unsworn Declaration of Tyson Frantz filed in support of the Motion (docket #80); and Notice of the Motion and Opportunity to Object and for a Hearing having been given to all parties in interest as required by Court Rule (docket

#79); and no objections having been served or filed with the Court, and the Court being otherwise fully advised in the premises, and having determined that good cause exists for the relief requested in the Motion, NOW THEREFORE,

IT IS HEREBY ORDERED that the Settlement Agreement entered into between and among Tyson Frantz, Marty Frantz, and Guardian Angel Homes Post Falls I, LLC and Ruby Stoker, Larry Stoker, and Legacy House Post Falls, LLC, regarding the State Court Action, *Tyson Frantz, etal v. Legacy House Post Falls, LLC, etal*, Kootenai County District Court, State of Idaho, Case No. CV–08–6646, and the Proof of Claim filed by Claimants (Claim No. 5) on August 18, 2010 against Debtor in this Bankruptcy case, is hereby approved in its entirety. Legacy House Post Falls, LLC is authorized to implement the same in accordance with its terms.

IT IS FURTHER ORDERED, that in accordance with the Settlement approved herein, the Proof of Claim filed by creditors, Tyson Frantz, Marty Frantz, and Guardian Angel Homes Post Falls I, LLC, against Legacy House Post Falls, LLC (Claim No. 5) in this matter on August 18, 2010, shall be deemed an Allowed Claim against Debtor in the amount of Fifteen Thousand Dollars ($15,000).

//end of text//

DATED: February 3, 2011



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Order Approving Settlement Agreement and
Authorizing Compromise of Claims - Page 2

Submitted by:
REED & GIESA, P.S.

     */s/ Timothy J. Giesa*          02/01/2011
Timothy J. Giesa, ISB No. 3653
Attorney for Marty Frantz, Tyson Frantz, and
Guardian Angel Homes Post Falls I, L.L.C.

Approved by:

     */s/ Stephen B. McCrea*        02/01/2011
Stephen B. McCrea, ISB No. 1654
Attorney for Debtor,
Legacy House Post Falls, LLC

Order Approving Settlement Agreement and
Authorizing Compromise of Claims - Page 3