STEPHEN B. McCREA
Attorney at Law
P.O. Box 1501
608 Northwest Blvd., Suite 101
Coeur d'Alene, ID 83814
(208) 666-2594 | FAX (208) 664-4370
email: sbmccrea@cda.twcbc.com
Idaho State Bar No. 1654

Attorney for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CASE NO. 10-20987-TLM |
| Legacy House Post Falls, LLC | ) |
| | ) Chapter 11 |
| Debtor in Possession. | ) |
| | ) |

### PRE-CONFIRMATION REPORT

STEPHEN B. McCREA, attorney for the above named debtor in possession, hereby submits a Chapter 11 Pre-Confirmation Report pursuant to L.B.R. 3020.1.

1.  There have been no objections to the proposed Plan. The United States Small Business Administration, however, voted against the Plan.

2.  The Plan calls for five classes of secured claims and one class of unsecured claims. Each secured creditor has voted in favor of the Plan except for the United States Small Business Administration.

3.  With respect to unsecured creditors, fourteen unsecured creditors returned ballots. All but one of the fourteen unsecured creditors accepted the Plan. The total dollar amount of claims, of the unsecured creditors who voted, is $35,225.65. The claims of the unsecured creditors who voted in favor of the Plan the total $31,596.15. Thus, ninety percent (90%) of the dollar amount of those who voted accepted the Plan. Thirteen out of fourteen creditors, or 93%, who voted

accepted. Thus, the confirmation requirements of §1126(c) have been met, i.e., two-thirds in amount and more than one-half in number of the allowed claims of the class.

4. With respect to §1129(a)(7), each creditor who is impaired has either accepted the Plan or will receive property of a value not less than the amount the holder would receive. That is because Class 1, the secured claim of Global Credit Union; Class 2, the secured claim of the SBA; and Class 3, the secured claim of Global Credit Union; are receiving the full amount of their claims with a modified interest rate and time schedule for making payments. Class 4 creditor Financial Pacific, which is a lease purchase agreement, is receiving the value of its security as agreed to between the parties.

5. Administrative claims will be paid through the Plan. There are no claims arising under §507(a)1, 4, 5, 6 or 7.

6. With respect to claims of governmental units, each governmental unit will be paid over a period not later than five years after the date of the order for relief and in a total value equal to the allowed amount of such claim.

7. One class of claims which is impaired has not accepted the Plan. That creditor, United States Small Business Administration, (SBA) shall retain their lien securing the allowed amount of the claim, shall receive the full value of its claim at a reduced interest rate. The Third Amended Plan provides that the SBA's claim will be allowed and paid as follows: Interest only for 12 months at rate of 3.25% per annum with monthly payments in the amount of $3,819.73 and then monthly payments of $6,701.85 until the entire loan amount comes due in 2038.

Nevertheless the Small Business Administration has agreed, via stipulation (Docket #122), that the Plan can be confirmed with the following language with respect to the SBA:

The allowed claim of the Small Business Administration of the United States of America shall be paid as follows: "Interest will continue at the contractual rate of 5.758% until the date of confirmation. At such time the interest rate will be reduced to 3.25% per annum. Monthly payments will begin in the month after confirmation, and on the 7th day of each month thereafter in the amount of $3,819.73 per month for a period of 12 months. At the end of 12 months the monthly payments to the U.S. Small Business Administration will increase to $6,701.85. The entire amount of accrued interest, principal, costs and attorney's fees will be due an payable on June 1, 2028. Payments shall

be applied first to interest and then to principal and interest when the accrued interest has been paid. U.S. Small Business Administration shall retain its lien on the subject property until all sums due are paid."

"The parties further stipulate that the terms of the provisions set forth herein are fair and equitable because the U.S. Small Business Administration will retain its lien during the pendency of all proceedings. The maturity date for the total balance of sums due has not changed, and the modification of the interest rate, given the current economic conditions in the country, provides an adequate rate of return on the indebtedness and allows the debtor the opportunity to conduct a successful business."

8. Debtor requests the court to confirm the plan even though the SBA has voted against the plan because the stipulation resolves the basis for the vote against the plan. Debtor contends that the plan is fair and reasonable with respect to the SBA a.) because the SBA has agreed that it is by their stipulation; b.) the SBA shall retain its lien to the full extent of it s claim, which equals the value of the real property, and it will receive deferred cash payments totaling the allowed amount of the claim ($1,497,488.94 plus accrued interest) of a value equal to the value of the SBA interest in the property held as security, which is the real estate of the debtor. The debtor estimated the value of the property to be $3,980,000 based upon an appraisal. Global Credit Union holds the first lien on the property in the allowed amount of $2,159,252.32. The SBA is over secured. Debtor's payments will consist of interest only for the first year at 3.25% per year. This proposal is to allow debtors some additional time to bring the facility to capacity. Afterwards the payments shall be interest and principal at 3.25% per year with a balloon at the original maturity date of the loan.

The SBA loan was originally a "504" loan, which is a loan designed to encourage economic development within a community. This type of loan is originated by a private nonprofit corporation, in this case Northwest BDC, backed by a 100 percent SBA-guaranteed debenture, and is secured by a junior lien on the real property. Interest rates on 504 loans are pegged to an increment above the current market rate for 5-year and 10-year U.S. Treasury issues. Maturities of 10 and 20 years are available. Fees total approximately 3 percent of the debenture and may be financed with the loan. www.sba.gov/content/cdc504-loan-program. The Federal Reserve website shows that the 10 year rate for the year 2010 on an annual basis was 3.22%.

www.federalreserve.gov/Releases/H15/data.htm . Thus, the proposed rate of interest is similar to "the rate the reorganizing debtor would have to pay a creditor in order to obtain a loan on equivalent terms in the open market." *Patterson v. Federal Land Bank*, 86 BR 226, 228 (9th Cir. BAP 1988). The original rate was 5.758% as set forth in the note in 2008. It should be noted that the debtor and the SBA by their stipulation have agreed that the maturity date of the loan will not change, so interest accrued up to date of confirmation will still be due at the maturity date. SBA is over secured.

The aging population of the United States and the post petition history of the debtor, with steadily increasing clientele, reduces the risk to this lender. Therefore, it is contended that because the purpose of the loan is to encourage economic development within the community, a rate similar to what is proposed in the debtor's plan could be negotiated with the SBA, and the SBA has agreed.

9.  The debtor's revenues have shown an upward trend since the date of filing in July of 2010 and the debtor projects it will be able to make all payments required by the plan.

10. Therefore the plan meets the criteria for confirmation as long as the order confirming the plan contains the language agreed to by the SBA.

Dated this 26th day of May, 2011.

/s/ STEPHEN B. McCREA
Attorney for Debtor in Possession

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Warren S Derbidge   warren.derbidge@usdoj.gov,   USAID.ECFNOTICE@USDOJ.GOV; heather.crawford@usdoj.gov
Bruce K Medeiros bmedeiros@dbm-law.net, sabrahamson@dbm-law.net
David Wayne Newman ustp.region18.bs.ecf@usdoj.gov
US Trustee ustp.region18.bs.ecf@usdoj.gov
Tyler S Wirick tyler.wirick@gmail.com, lunnenlaw@gmail.com

And, I hereby certify that I have mailed by United States Postal Service the foregoing document(s) to the following non-CM/ECF Registered Participant(s): The 20 largest unsecured creditors as shown on the attached mailing matrix.

/s/ SUSI DINGMAN, Assistant to
STEPHEN B. McCREA

```
ALMSA Inc                       American Express Bank,FSB      Avalon Group
POB 44265                       c o Becket and Lee LLP         2387 Ridgeview Way
Boise, ID 83711-0265            POB 3001                       Boise, ID 83712-8569
                                Malvern, PA 19355-0701


Blue Ribbon                     Chapman Financial Service      Coeur d Alene Press
POB 798                         For N ID College Workforce     201 N 2nd Street
Lewiston, ID 83501-0798         PO Box 7100                    Coeur d Alene, ID 83814-2803
                                Coeur d Alene, ID 83816-1940


Farmer Brothers Coffee          Hagadone Directories Inc       Intermountain Security
POB 79705                       POB 1266                       14375 Rockwood Court
City of Industry, CA 91716-     Coeur d'Alene, ID 83816-1266   Rathdrum, ID 83858-8861
9705


James Vernon Weeks              Klein's Disaster Clean Up      Kootenai County Solid Waste
1626 Lincoln Way                POB 3002                       Department
Coeur d'Alene, ID 83814-2435    Hayden, ID 83835-3002          POB 9000
                                                               Coeur d'Alene, ID 83816-9000


Post Falls Computer             Northwest Health Systems Inc   Randy Bates
920N Shannon                    1011 E 2nd Ave, Suite 6        1119 Ironwood Parkway
Post Falls, ID 83854-6000       Spokane, WA 99202-2207         Coeur d'Alene, ID 83814-1412


Senior Pages                    Valley Empire Collection       Tyler S Wirick
611 E Lakeview Lane             11707 E Montgomery             Law Offices of Tyler Wirick
Spokane, WA 99208-8979          Spokane, WA 99206-4746         111 N 2nd St., Ste 204
                                                               Coeur d'Alene, ID 83814-2746


Wright Mature Market Service
4814 N 28th Street
Tacoma, WA 98407-3916
```